NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NEW PORT INVESTORS, LLC,
SUMMIT CARE II, INC., SUMMIT
CARE CONSULTING, INC., SUMMIT
CARE, INC., JOSEPH D. MITCHELL,
C. GUY FARMER, ALAN DAVIS, and
LARA MONTGOMERY f/k/a LARA
KELLEY,

      Appellants,

v.

PAUL H. STROMBERG, as personal
representative of the estate of Iola
Miller,

      Appellee.

Case No. 2D18-4215

Opinion filed August 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for Pasco
County; Kimberly Sharpe-Byrd, Judge.

Donna J. Fudge and Caitlin E. Kramer
of Fudge Broadwater, P.A., St.
Petersburg, for Appellants.

Megan L. Gisclar and Joanna Greber
Dettloff of Wilkes & McHugh, P.A.,
Tampa, for Appellee.

PER CURIAM.

      Affirmed.

VILLANTI, ATKINSON, and SMITH, JJ., Concur.